1  EDWARD W. HUNT
   Attorney at Law
2  State Bar No.: 061577
   2141 Tuolumne St. #"O"
3  Fresno, California 93721
   Telephone 559-485-1111
4  Attorney for Defendant
   EDISON SHINO

**FILED**

2005 AUG 18  P 4: 28

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO
BY_____
         DEPUTY

**LODGED**

AUG 17 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(Fresno Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 03-5453-OWW |
| Plaintiff, | |
| vs. | ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS TO DEFENDANT EDISON SHINO, DEFENDANT)) |
| EDISON SHINO, | |

For good cause shown and because Defendant EDISON SHINO has demonstrated that he qualifies for services funded pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, leave is hereby granted for Mr. Shino to proceed herein *in forma pauperis nunc pro tunc* to the date the trial transcripts were ordered.

DATED: August 17, 2005

_____
HON. OLIVER W. WANGER
U.S. District Court