1 | EDWARD W. HUNT
Attorney at Law
2 | State Bar No.: 061577
2141 Tuolumne St. #"O"
3 | Fresno, California 93721
Telephone 559-485-1111
4 | Attorney for Defendant
EDISON SHINO

**FILED**

2005 AUG 18 ☐ 4: 28

CLERK, US DIST. COURT
EASTERN DIST OF CALIF
AT FRESNO
BY _____
DEPUTY

**LODGED**

AUG 1 7 2005

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
(Fresno Venue)

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | CR 03-5453-OWW |
| 11        Plaintiff, ) | |
| 12    vs. ) | ORDER GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS TO DEFENDANT |
| 13  EDISON SHINO, ) | EDISON SHINO,DEFENDANT)) |
| 14 _____ ) | |

15      For good cause shown and because Defendant EDISON SHINO has

16 demonstrated that he qualifies for services funded pursuant to the Criminal Justice

17 Act, 18 U.S.C. §3006A, leave is hereby granted for Mr. Shino to proceed herein in

18 forma pauperis nunc pro tunc to the date the trial transcripts were ordered.

19 DATED: August 17, 2005

HON. OLIVER W. WANGER
U.S. District Court