HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. Cr. F 03-5453 LJO |
|---|---|
| Plaintiff, | **UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER** |
| v. | |
| EDISON ODISHO SHINO, | |
| Defendant. | Judge:  Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's November 13, 2014 order be extended to **January 26, 2015**.  The undersigned is corresponding with Mr. Shino.  Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated:  December 19, 2014

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    /s/ *David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of November 13, 2014, may be filed on or before January 26, 2015.

IT IS SO ORDERED.

| Dated: | **December 19, 2014** | /s/ Lawrence J. O'Neill |
|---|---|---|
| | | UNITED STATES DISTRICT JUDGE |