HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDISON ODISHO SHINO,<br><br>Defendant. | No. Cr. F 03-5453 LJO<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE AND AMEND BRIEFING SCHEDULE; ORDER**<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline to file a supplement to defendant's pro se motion be extended to **February 13, 2015**, and that the corresponding deadlines for government response and defense reply be extended to **February 20, 2015** and **February 27, 2015**, respectively. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection to the revised schedule.

Dated: February 6, 2015

                                                  Respectfully submitted,

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

                                                  /s/ *David M. Porter*
                                                  DAVID M. PORTER
                                                  Assistant Federal Defender

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the supplement to defendant's pro se motion may be filed on or before **February 13, 2015**; the government's response to supplement shall be filed on or before **February 20, 2015**; and, the defendant's reply shall be filed on or before **February 27, 2015**.

IT IS SO ORDERED.

Dated:  **February 9, 2015**                        /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE

2