1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No. Cr. F 03-5453 LJO

12              Plaintiff,                  **UNOPPOSED REQUEST TO EXTEND
                                            DEADLINE AND AMEND BRIEFING
13        v.                                SCHEDULE; ORDER**

14  EDISON ODISHO SHINO,
                                            Judge:  Honorable LAWRENCE J. O'NEILL
15              Defendant.

16          Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter,

17  hereby requests that the deadline to file a reply to the government's response (CR #470) be

18  extended to **March 6, 2015**.  Counsel for the government, Assistant U.S. Attorney Kathleen A.

19  Servatius, graciously indicated that she has no objection.

20  Dated: February 25, 2015

21                                          Respectfully submitted,

22                                          HEATHER E. WILLIAMS
                                            Federal Defender
23

24                                          /s/ *David M. Porter*
                                            DAVID M. PORTER
25                                          Assistant Federal Defender

26

27

28

1

## ORDER

2          Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered

3     that the defendant's reply shall be filed on or before **March 6, 2015**.

4

**SO ORDERED**
5     **Dated: February 26, 2015**

6                                                              /s/ Lawrence J. O'Neill
                                                              **United States District Judge**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28